IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

D'ANGELO BROWN                                                    PLAINTIFF

vs.                           Case No. 1:25-cv-01037-TLB

POTLATCHDELTIC CORPORATION                                        DEFENDANT

### ORDER

Now pending before the Court is the Joint Motion to Modify Case Management Order and Settlement Conference Scheduling Order (ECF. 17) in this matter. The Motion has been referred to the undersigned by Chief Judge Timothy L. Brooks. (ECF. 18.)

The parties request that the Settlement Conference scheduled for April 23, 2026, be conducted via video conference, indicating that such adjustment may "increas[e] the prospects of resolution."

The Motion is GRANTED. The Settlement Conference will remain as scheduled for April 23, 2026 at 10:00 a.m. (Central Time), however the Settlement Conference will be conducted via video conference (Zoom). Vicki Evans, Courtroom Deputy, will coordinate the Zoom conference.

**IT IS SO ORDERED** THIS 17th DAY OF APRIL, 2026.

HONORABLE SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE